## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD SMITH, on behalf of himself and all others similarly situated,<br><br><br>Plaintiff(s),<br><br><br>-against-<br>DRS FINANCIAL LLC D/B/A CAPITAL COLLECTION SERVICE and JOHN DOES 1-25,<br><br><br><br>Defendant(s). | **Civil Case No.:**<br>**1:20-cv-00900-JHR-KMW**<br><br><br>**MOTION FOR DEFAULT JUDGMENT** |

Pursuant to Fed. R. Civ. P. 55(b)(2) Howard Smith, individually and on behalf of all those similarly situated ("Plaintiff") hereby request the court to enter an order of default judgment against DRS FINANCIAL LLC D/B/A CAPITAL COLLECTION SERVICE. In support of this request, Plaintiff affirms that the party against whom the judgment is sought:

1. is not an infant or incompetent person;
2. is not in the military service;
3. was properly served under Fed. R. C. P. 4 and that proof of service was filed with the court;
4. has defaulted in appearance in the above captioned action.

Dated: September 9, 2020

s/ Ben A. Kaplan
Ben A. Kaplan, Esq. (NJ. Id. No. 0337712008)
CHULSKY KAPLAN LLC .
280 Prospect Ave. 6G
Hackensack, NJ 07601
(877) 827-3395 ex 102 telephone
(877) 827-3394 facsimile
Ben@chulskykaplanlaw.com