# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOWARD SMITH, on behalf of himself and all others similarly situated, | Civil Case No: 1:20-cv-00900-JHR-KMW |
| Plaintiff(s), | |
| v. | |
| DRS FINANCIAL LLC D/B/A CAPITAL COLLECTION SERVICE and JOHN DOES 1-25, | |
| Defendant(s). | |

## **CONTEMPT ORDER**

This matter having come before the Court on Plaintiff's Motion to Hold David Sopourn, CEO in Contempt ("Motion for Contempt") [Dkt. 11]. The Court finding that Defendant DRS Financial LLC ("DRS") and Mr. Sopourn have failed to defend themselves in this case, pay the judgment entered against DRS [Dkt. 8], comply with the Court's Order to Answer an Information Subpoena [Dkt. 10], respond to Plaintiff's Motion for Contempt [Dkt. 11], respond to the Court's Order to Show Cause [Dkt. 12], attend the May 5, 2021 hearing on the Court's Order to Show Cause [*see* Dkt. 12], or respond to the Court's Order and Final Notice in a timely manner [Dkt. 14, 15], the Court hereby **ORDERS** the following:

1. The Court holds David Sopourn in contempt for repeated failure to respond to the Court's orders;

2. The United States Marshals ("the Marshals") shall issue a civil warrant against David Sopourn;

3. The Marshals shall attempt to contact David Sopourn by phone at the below phone numbers to inform him that a warrant has been issued:

    561-434-4404
    561-328-3355
    609-654-1971
    609-654-1861

4. If the Marshals successfully reach David Sopourn by phone, they shall notify the Court and instruct David Sopourn to instruct him to contact David Bruey at 856-757-5193 within two (2) hours of this call; and

5. If the Marshals are unable to reach David Sopourn by phone or if David Sopourn fails to contact David Bruey within two (2) hours, the Marshals shall execute a civil warrant against David Sopourn at his home address at

>   59 Lenape Trail
>   Medford Lakes, NJ 08055

and, if necessary, his business address at

>   20 East Taunton Road
>   Suite 500
>   Berlin, NJ 08009

**SO ORDERED.**

May 25, 2021

/s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez, U.S.D.J.